.showing that it prejudiced defendant, there was no error on this point.

Finally we proceed to consider defendant's contention that the trial court erred in imposing an excessive sentence.

When a sentence is within the limits prescribed by the legislature, the reviewing court should not disturb it unless it clearly appears that the punishment constitutes a great departure from the fundamental law in spirit or purpose. (*People v. Taylor*, 33 Ill.2d 417.) Defendant here had four prior convictions, spending 9 out of the past 11 years in the penitentiary. His sentence is not excessive. See *People v. Edmond*, 20 Ill.App.3d 1033.

Judgment affirmed.

RECHENMACHER, P. J., and T. MORAN, J., concur.

---

Madeline Whitson, Plaintiff-Appellant, *v.* U.S.I.F. Rockford Corporation *et al.*, Defendants-Appellees.

(No. 74-8;

Second District (2nd Division)—August 8, 1975.

Opinion by Mr. JUSTICE T. MORAN.

Connolly, Oliver, Goddard, Coplan & Close, of Rockford, for appellant.

Robert K. Clark and Edwin T. Powers, Jr., both of Rockford, for appellees.